NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000106
24-SEP-2012
11:55 AM

NO. CAAP-11-0000106

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RONALD T. MATSUMURA, Petitioner-Appellant-Appellee, v.
BOARD OF TRUSTEES OF THE EMPLOYEES' RETIREMENT SYSTEM
OF THE STATE OF HAWAII, Respondent-Appellee-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0755)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice and Order, filed on September 14, 2012, by Petitioner-Appellant-Appellee Ronald T. Matsumura ("Appellee"), the papers in support, and the records and files herein, it appears that:

(1) Appellee and Respondent-Appellee-Appellant Board of Trustees of the Employees' Retirement System of the State of Hawaii ("Appellant") are stipulating to the dismissal of Appellant's appeal pursuant to HRAP Rules 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed, with each party to bear their own attorney's fees and costs.

DATED: Honolulu, Hawai'i, September 24, 2012.

Chief Judge

Associate Judge

Associate Judge